WILLIAM H. TILFORD, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Tilford* v. *Mayor*, 1 App. Div. 199, affirmed.
(Argued June 8, 1897; decided June 22, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 21, 1896, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*William Church Osborn* for appellant.

*Francis M. Scott* and *Theodore Connoly* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.

---

JAMES M. WATERBURY et al., as Executors of LAWRENCE WATERBURY, Deceased, Respondents, *v.* THE TUCKER & CARTER CORDAGE COMPANY et al., Appellants.

(Submitted June 21, 1897; decided June 22, 1897.)

MOTION to amend remittitur by inserting in two places thereof between the words "amount of" and "such judgment," the words "of the extra allowance referred to in." (See 152 N. Y. 610.)

*Hubbard Hendrickson* for motion.

No one opposed.

Motion granted.